**Electronically Filed
Supreme Court
SCWC-18-0000437
13-JUN-2022
12:20 PM
Dkt. 5 ODAC**

SCWC-18-0000437

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

v.

FRED SILVA III,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000437; CR. NO. 1PC151000197)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Fred Silva III's Application for Writ of Certiorari filed on May 4, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 13, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

